# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON, | Case No. CV 15-06919-VAP (DTB) |
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| J. GUERRA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /
/ / /
/ / /
/ / /
/ / /

1

IT THEREFORE IS ORDERED that defendants' Motion for Summary Judgment and Motion to Dismiss are granted in part and denied in part as follows: Plaintiff's failure to intervene and state law claim for falsification of documents is dismissed without prejudice; and the remaining claims are dismissed with leave to amend.

Dated: March 29, 2017

VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE